441 A.2d 440

Hazelwood Lumber Co. v. Smallhoover, et ux., Appellants.

Hazelwood Lumber Co., Appellant v. Smallhoover, et ux.

Reargument Denied March 3, 1982.

Argued November 13, 1980. Jay D. Glasser, for Smallhoover, appellants (at No. 447) and appellees (at No. 480); Maurice A. Nernberg, Jr., for Hazelwood, appellant (at No. 480) and appellee (at No. 477).

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

440 A.2d 1245

Penn-Aire v. B & L Paving, Appellant.

Petition for Allowance of Appeal Denied March 8, 1982.

Argued September 1, 1981. Richard J. Audino, for appellant; Albert C. Odermatt, Jr., for appellee.

Before WICKERSHAM, BECK and WIEAND, JJ.

Judgment affirmed.